IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**MICHAEL E. LARSON**     **PLAINTIFF**

v.     **No. 4:21CV98-JMV**

**DESOTO COUNTY ADULT
DETENTION FACILITY, ET AL.**     **DEFENDANTS**

**FINAL JUDGMENT**

In accordance with the memorandum opinion entered this day, the instant case is **DISMISSED** with prejudice for failure to state a claim upon which relief could be granted, counting as a **"STRIKE"** under 28 U.S.C. § 1915(g).

**SO ORDERED**, this, the 5th day of October, 2021.

/s/ Jane M. Virden
UNITED STATES MAGISTRATE JUDGE